IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL P. HINSON     PLAINTIFF

v.     Civil No. 08-5072

SHERIFF KEITH FERGUSON,
Benton County, Arkansas; MAJOR
GENE DRAKE, Benton County
Detention Center; and CAPTAIN
HUNTER PETRAY, Benton County
Detention Center     DEFENDANTS

## ORDER

Defendants are directed to identify for the court the following: (1) the full name of Deputy Johnson who was allegedly involved in an a physical altercation with plaintiff on July 18, 2008; and (2) the name of the jail doctor who has been treating the plaintiff since February of 2008. Defendants should respond to this order by **September 4, 2008.**

IT IS SO ORDERED this 20th day of August 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)