IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL P. HINSON                                                                                                PLAINTIFF

      v.                                  Civil No. 08-5072

DR. HUSKINS; and
NURSE MARSHA SMITH                                                                                      DEFENDANTS

## **JUDGMENT**

For the reasons stated in a memorandum opinion of even date, the plaintiff is hereby awarded judgment in the amount of $750 in compensatory damages against the defendants. Defendants are also ordered to pay to the clerk of court the $350 filing fee that was assessed against the plaintiff in accordance with the provisions of the Prison Litigation Reform Act. If any portion of the filing fee has been collected from plaintiff's prison account, the clerk is directed to refund those sums to the plaintiff.

IT IS SO ORDERED this 26th day of May 2010.

                            /s/ *J. Marschewski*
                          HON. JAMES R. MARSCHEWSKI
                          CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)